**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JONATHAN SNYDER,<br><br>        Plaintiff,<br><br>vs.<br><br>HEATLHDATAINSIGHTS, INC.,<br><br>        Defendant. | 2:16-cv-03040-JAD-CWH<br>**ORDER** |

      Before the Court is Defendant Healthdatainsights, Inc.'s Request for Exemption for in Person Attendance of Insurance Carrier at Early Neutral Evaluation Session (ECF No. 15).

      IT IS HEREBY ORDERED that any opposition to Defendant Healthdatainsights, Inc.'s Request for Exemption for in Person Attendance of Insurance Carrier at Early Neutral Evaluation Session (ECF No. 15) must be filed on or before June 29, 2017.

      DATED this 20th day of June, 2017.

                                                                           _____
                                                                           CAM FERENBACH
                                                                               UNITED STATES MAGISTRATE JUDGE