# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JONATHAN SNYDER,<br><br>        Plaintiff,<br><br>vs.<br><br>HEALTHDATAINSIGHTS, INC.,<br><br>        Defendant. | 2:16-cv-03040-JAD-CWH<br>**ORDER** |

    Before the Court is Defendant Healthdatainsights, Inc.'s Request for Exemption for in Person Attendance of Insurance Carrier at Early Neutral Evaluation Session (ECF No. 15).

    Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. To date, no opposition has been filed and the time to file an opposition has passed.

    Accordingly,

    IT IS HEREBY ORDERED that Defendant Healthdatainsights, Inc.'s Request for Exemption for in Person Attendance of Insurance Carrier at Early Neutral Evaluation Session (ECF No. 15) is GRANTED.

    DATED this 29th day of June, 2017.

                                                                   _____
                                                                   CAM FERENBACH
                                                                   UNITED STATES MAGISTRATE JUDGE