Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*
*HealthDataInsights,Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN SNYDER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HEALTHDATAINSIGHTS, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-03040-JAD-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 19 |

　　　　Plaintiff JONATHAN SNYDER ("Plaintiff") and Defendant HEALTHDATAINSIGHTS, INC. ("Defendant"), by and through their respective counsel, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their respective attorneys' fees and costs.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated this 8TH day of August, 2017. | Dated this 8th day of August, 2017. |
| PAUL PADDA LAW, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Paul S. Padda* | */s/ Suzanne L. Martin* |
| Paul S. Padda<br>Nevada Bar No. 10417<br>Joshua Y. Ang<br>Nevada Bar No. 14026<br>4240 West Flamingo Road, Suite 220<br>Las Vegas, NV 89103<br><br>*Attorneys for Plaintiff* | Suzanne L. Martin<br>Nevada Bar No. 08833<br>Erica J. Chee<br>Nevada Bar No. 12238<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant HealthDataInsights, Inc.* |

### **ORDER**

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
August 8, 2017